IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                      Case No.:  2:20-mj-2004-001

JASON D'JUAN GARFIELD                                    DEFENDANT

**O R D E R**

At the initial appearance conducted on the criminal complaint, the Defendant agreed to waive the issues of probable cause and detention pending the final disposition of the case; accordingly, the Court considers the matters waived.  The Defendant is detained, subject to reconsideration on motion of Defendant.

Dated: March 13, 2020

                                                    /s/ Mark E. Ford
                                                    HONORABLE MARK E. FORD
                                                    UNITED STATES MAGISTRATE JUDGE