IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                              Case No. 2:20-mj-2004-001

JASON D'JUAN GARFIELD                                                 DEFENDANT

**O R D E R**

At the detention hearing held this date, the Court, after hearing testimony and reviewing evidence presented, detained the Defendant. Court directed that Defendant be remanded to custody of the U. S. Marshals Service.

Dated: April 13, 2020

/s/ Mark E. Ford
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE